PAULA T. DOW
Acting Attorney General of New Jersey
R. J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625-0112
Attorney for Defendants
State of New Jersey and
New Jersey Civil Service Commission

By:   Lisa Dorio Ruch
      Deputy Attorney General
      (609) 777-3442
      lisa.ruch@dol.lps.state.nj.us



RECEIVED
FEB 2 5 2010
AT 8:30 ___ M
WILLIAM T. WALSH, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEW JERSEY AND NEW JERSEY CIVIL SERVICE COMMISSION,<br><br>    Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>VICINAGE OF NEWARK<br><br>Honorable Katharine S. Hayden, U.S.D.J.<br><br>Civil Action No. 2:10-cv-00091-KSH-MAS<br><br>ORDER |

The motion of defendants State of New Jersey and New Jersey Civil Service Commission for a consent Order granting a 30-day extension of time, that is, until March 29, 2010, within which these defendants may answer, move or otherwise reply to the Complaint having been submitted to the court, and good cause appearing;

IT IS on this 25th day of February, 2010 ORDERED that the motion is granted. Defendants may answer, move or otherwise reply to the Complaint on or before March 29, 2010.

*/s/ Michael A. Shipp*
**Michael A. Shipp**
**United States Magistrate Judge**

-2-