UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      *Plaintiff*,<br><br>v.<br><br>STATE OF NEW JERSEY and NEW JERSEY CIVIL SERVICE COMMISSION,<br><br>      *Defendants*. | Civil Action No. 10-91 (KSH) (CLW)<br><br><u>**ORDER ON FINAL RELIEF AWARD LIST**</u> |

Upon consideration of the parties' Joint Response to Objections to Relief Awards List [D.E. 82] and all supporting attachments; and for the reasons expressed in the Court's opinion filed herewith;

**IT IS** on this 10th day of April, 2014, hereby

**ORDERED** *nunc pro tunc* that the Amended Relief Awards List attached as Appendix B to the Joint Response [D.E. 82] is approved and entered as the Final Relief Awards List; and it is further

**ORDERED** that all of the deadlines set forth in the Decree [D.E. 49] are incorporated herein.

                                                        /s/ Katharine S. Hayden
                                                        Katharine S. Hayden, U.S.D.J.