| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       *Plaintiff*,<br><br>       v.<br><br>STATE OF NEW JERSEY AND NEW JERSEY CIVIL SERVICE COMMISSION,<br><br>       *Defendants*. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No.<br>2:10-cv-00091-KSH-CLW<br><br>Hon. Katharine S. Hayden<br><br>**ORDER DENYING MODIFICATION OF SECOND AMENDED CONSENT DECREE** |

For the reasons set forth in the opinion filed herewith,

It is on this 30th day of September, 2015, hereby

**ORDERED** that the plaintiff's motion to modify Paragraph 67 of the Second Amended Consent Decree is denied.

                                                     /s/ Katharine S. Hayden_____
                                                     Katharine S. Hayden, U.S.D.J.